# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN TERRY,<br>      Plaintiff,<br>  v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLP,<br>      Defendant. | )<br>)<br>)<br>) **Case No.: 1:11-cv-1568-BYP**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Christina Gill Roseman  
Christina Gill Roseman, Esquire  
Kimmel & Silverman, PC  
210 Grant Street, Suite 202  
Pittsburgh, PA 15219  
Phone: (412) 566-1001  
Fax: (412) 566-1005  
Email: croseman@lemonlaw.com