Approved.
s/ Benita Y. Pearson 11/14/11
U.S. District Judge

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN TERRY, <br>     Plaintiff, <br>   v. <br><br> PORTFOLIO RECOVERY ASSOCIATES, LLP, <br>     Defendant. | ) ) ) ) ) **Case No.: 1:11-cv-1568-BYP** ) ) ) ) ) ) ) |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


 /s/ Christina Gill Roseman
Christina Gill Roseman, Esquire
Kimmel & Silverman, PC
210 Grant Street, Suite 202
Pittsburgh, PA 15219
Phone: (412) 566-1001
Fax: (412) 566-1005
Email: croseman@lemonlaw.com